# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142151-3

In re Estate of KAYLA V. CHENAULT, a Minor.
_____

JANET CHENAULT,
          Appellee,

v

CHERYL CHENAULT SHUMAKE,
Individually and as Next Friend of KAYLA
V. CHENAULT, a Minor,
          Appellant.
_____/

SC: 142151, 142152
COA: 288515, 289843
Washtenaw Probate Court:
07-000598-CY

In re Estate of RICHARD H. CHENAULT II,
Deceased.

_____

JANET CHENAULT, Personal Representative
of the Estate of RICHARD H. CHENAULT II,
          Appellee,

v

CHERYL CHENAULT SHUMAKE,
          Appellant.
_____/

SC: 142153
COA: 289845
Washtenaw Probate Court:
07-000712-DA

On order of the Court, the application for leave to appeal the August 17, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011

Clerk

d0321